**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|                                                    |    |                              |
|----------------------------------------------------|----|------------------------------|
| **GEOFFREY R. McINTYRE,**                          | )  |                              |
|                                                    | )  |                              |
|                                   **Plaintiff,**   | )  |                              |
|                                                    | )  | **Civil Action No. 05-0664 (ESH)** |
|                                                    | )  |                              |
| **MARY PETERS, Secretary,**                        | )  |                              |
| **United States Department of Transportation,**    | )  |                              |
|                                                    | )  |                              |
|                                   **Defendant.**   | )  |                              |

_____ )

<u>**ORDER**</u>

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's motion for summary judgment [#23] is **GRANTED IN PART**, and plaintiff's claim concerning retaliation is dismissed; and it is

**FURTHER ORDERED** that defendant's motion for summary judgment [#23] is otherwise **DENIED IN PART**, and plaintiff may proceed with his claims concerning race and age discrimination; and it is

**FURTHER ORDERED** that plaintiff's motion for leave to file a surreply [#33] is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiff's motion to strike defendant's response to plaintiff's statement of facts [#33] is **DENIED**; and it is

**FURTHER ORDERED** that a status conference is set for December 11, 2006 at 2:00 p.m.

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date:   November 6, 2006